UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :
  UNITED STATES OF AMERICA,                                  :
                                                             :
                                                             :          83 Cr. 150-3 (LGS)
                      -against-                              :
                                                             :                **ORDER**
  WALLACE RICE,                                              :
                                       Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 10, 2020, Defendant Wallace Rice filed a motion to reduce his

sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. No. 70).  It is hereby

**ORDERED** that the Government shall file a response by **July 17, 2020**.  It is further

**ORDERED** that the Government shall email to the Chambers Inbox the following

information with its response:

- Defendant's complete medical records from the Bureau of Prisons; and

- A letter providing information on the status of the FCI-Allenwood Prison with

  respect to the COVID-19 pandemic, including whether and to what extent there

  have been or are confirmed cases among staff or inmates and the extent of testing.

It is further **ORDERED** that a telephonic hearing will be held on **July 23, 2020, at 10:40**

**A.M.**  The hearing may be canceled if the Court determines that Defendant's motion can be

decided on the papers.  It is further

**ORDERED** that the Government is directed to make arrangements with the Warden or

other official in charge at the FCI-Allenwood Prison, or other facility in custody of Defendant, to

produce Defendant to an office in the facility with a reasonable degree of privacy to enable him

to participate in the telephonic hearing, and to facilitate Defendant's participation in the

telephonic hearing (if it is to occur) by calling **(888) 363-4749 and using access code 558-3333**

at the appointed day and time.  It is further

   **ORDERED** that, if the Government is unable to make arrangements with the Warden or

other official in charge at the FCI-Allenwood Prison to have Defendant produced on July 23,

2020, at 10:40 A.M. for a telephonic hearing, it shall notify the Court by **July 17, 2020.**

   The Clerk of Court is respectfully directed to mail a copy of this Order to pro se

Defendant at the following address:

   Wallace Rice
   Reg. No. 08181-054
   FCI Allenwood
   PO Box 2000
   White Deer, PA 17887


Dated: July 13, 2020
   New York, New York

         LORNA G. SCHOFIELD
        UNITED STATES DISTRICT JUDGE

2