UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
  UNITED STATES OF AMERICA,                                  :
                                                             :
                                                             :  83 Cr. 150-3 (LGS)
                           -against-                         :
                                                             :  **ORDER**
  WALLACE RICE,                                              :
                                           Defendant.        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 10, 2020, Defendant Wallace Rice filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), dated July 3, 2020 (Dkt. No. 70);

    WHEREAS, on July 13, 2020, the Court ordered the Government to file a response and set a telephonic hearing for July 23, 2020 (Dkt. No. 71);

    WHEREAS, on July 15, 2020, Defendant filed a duplicative, hand-written request for immediate release due to COVID-19, dated July 9, 2020, and requested counsel to "expedite" this request (Dkt. No. 72);

    WHEREAS, on July 16, 2020, Defendant filed a letter, also dated July 9, 2020, seeking to withdraw his request for counsel to file a petition on his behalf, and replace it with a pro se motion, dated July 3, 2020, duplicative of his July 10, 2020, submission (Dkt. Nos. 70, 73);

    WHEREAS, on July 16, 2020, Defendant filed another copy of a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), dated July 3, 2020 (Dkt. Nos. 70, 73, 74).  It is hereby

    **ORDERED** that the telephonic hearing set for July 23, 2020, is hereby adjourned sine die.  It is further

**ORDERED** that the Court appoints Carla Sanderson as counsel under the Criminal Justice Act, 18 U.S.C. § 3006A, for the limited purpose of assisting Defendant with his pending motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. Nos. 70, 72, 74), and appearing on behalf of Defendant at a forthcoming telephonic hearing.  It is further

**ORDERED** that Ms. Sanderson shall endeavor to contact Defendant to determine:

1. If Defendant were released, with whom would he reside, who else lives in the residence, how would social distancing be accomplished, and who would commit to be responsible for his care and for what hours during the day and night?

2. If Defendant were released, what measures would be taken to provide for his medical care and other treatment?

3. If Defendant were released, what measures would be taken to assure the safety of the community?

It is further **ORDERED** that Ms. Sanderson shall meet and confer with the Government and file a letter by **July 30, 2020**, which includes (1) a brief response to the Government's opposition (Dkt. No. 75), (2) information related to the questions posed above regarding Defendant's release and (3) a joint proposal for next steps including, as necessary, a proposed date for a telephonic hearing.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant.

Dated: July 21, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE