# CARLA SANDERSON

ATTORNEY   NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22 | T 646.499.3818
NEW YORK, NEW YORK 10016 | F 646.499.3814
carla@carlasandersonlaw.com | carlasandersonlaw.com

July 28, 2020

**Via ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED.  The July 30, 2020, deadline contained in the Court's July 21, 2020, Order (Dkt. No. 76) is hereby extended to August 3, 2020.  The Court will consider rescheduling the telephonic hearing once it receives Defendant Rice's additional submissions.  SO ORDERED.
>
> Dated: July 29, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Wallace Rice*, 83-Cr-00150 (LGS)

Dear Judge Schofield,

    I was appointed on July 21, 2020 to represent Wallace Rice in his motion for compassionate release. With the government's consent (by AUSA Jarrod Schaeffer) I write to request until August 3, 2020 to submit my letter responding to the government's opposition and supplying the Court with the information requested in its July 21, 2020 Order. This extension is respectfully requested to provide counsel additional time for collecting information from Mr. Rice's family and for drafting the submission.

    In addition, I have conferred with AUSA Schaeffer and the parties are available at the Court's earliest convenience for a telephonic hearing anytime on 8/5/20-8/7/20 except for the morning of 8/6/20, and anytime the week of 8/10/20.

    I thank Your Honor for her time and consideration.

Very truly yours,

/s

Carla Sanderson