UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                 :
UNITED STATES OF AMERICA,        :
                 :
                 :    83 Cr. 150-3 (LGS)
        -against-          :
                 :          **ORDER**
WALLACE RICE,               :
              Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS in the Court's Judgment dated January 17, 1984, no term of supervised release was imposed regarding Defendant Wallace Rice's LIFE sentence (Dkt. No. 66-3).

WHEREAS, on August 5, 2020, the Court issued an order granting Defendant motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), reducing his sentence to time served and directing that Defendant be released from FCI Allenwood on or before August 7, 2020 (Dkt. No. 83).  It is hereby

**ORDERED** that upon release from imprisonment, Defendant will be on supervised release for a term of three (3) years.  Defendant must comply with the following mandatory, standard and special conditions:

1. MANDATORY CONDITIONS:

    a. You must not commit another federal, state or local crime.

    b. You must not unlawfully possess a controlled substance.

    c. You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

2. STANDARD CONDITIONS:

    As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic

expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

    a. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

    b. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    c. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

    d. You must answer truthfully the questions asked by your probation officer.

    e. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    f. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

    g. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do

not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    h. You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

    i. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

    j. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

    k. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

    l. You must follow the instructions of the probation officer related to the conditions of supervision.

3. SPECIAL CONDITIONS:

    a. The defendant must submit his person, residence, place of business, vehicle, or any other premises under his control to a search when the probation officer has a

3

reasonable belief that contraband or evidence of a violation of the conditions of the defendant's release may be found.  The search must be conducted at a reasonable time and in a reasonable manner.  Failure to submit to a search may be grounds for revocation.  The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.

    b. The defendant will be supervised by the district of residence.

Dated: August 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

4